```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
```

JOEL DEJESUS,

                Plaintiff(s),        **AFFIDAVIT OF SERVICE**

    -against-

CITY OF NEW YORK, DETECTIVE MICHAEL O'BRIEN
 and UNIDENTIFIED NEW YORK CITY POLICE
OFFICERS, EMPOLYEES AND AGENTS,

                                                CIVIL ACTION
NO:

                                                CV-03-6041
                                                (GLEESON, J.)

                               Defendant(s).

```
----------------------------------------X
```

STATE OF NEW YORK, COUNTY OF QUEENS:  SS:

FRITZ PAUL, LIC #1102935, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 9, 2004, at about 11:01 AM at 110th Pct., 91-41 43rd Ave Elmhurst, NY 1137, deponent served the SUMMONS and COMPLAINT, in the above case on defendant, **DETECTIVE MICHAEL O'BRIEN**. At the time of service the index number and date of filing were on the SUMMONS and COMPLAINT. By delivering to and leaving with **DETECTIVE MICHAEL O'BRIEN.**

A Description of the Respondent or other person served on behalf of the defendant is as follows:
Approximate age <u>40-45</u> , Approximate weight <u> 190 lbs</u>
Approximate height <u> 6'1"</u>, Sex <u> M </u>, Ethnicity<u> White</u>
Color of hair<u> Black </u>.

                                                             FRITZ PAUL

Sworn to before me this
           , 2004,

NOTARY PUBLIC